# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SOWINSKI and DOREEN SOWINSKI,<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY MANUFACTURERS INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:17-CV-02352<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 23rd day of May, 2019, for the reasons contained in the Memorandum docketed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss (Doc. 13) is **DENIED**. Defendant is directed to file an answer to the amended complaint (Doc. 12) within 21 days of the date of this Order.

Dated: May 23, 2019

s/ Karoline Mehalchick
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**